1056

[No. 47887-1-II. Division Two. August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIAN CHRISTOPHER MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-01948-5, Brian M. Tollefson, J., entered July 22, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 47945-1-II. Division Two. August 30, 2016.]

RONALD A. MULLINS, *Appellant*, v. MICHAEL MALONE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-2-00140-6, Stephen E. Brown, J., entered July 13, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Lee and Sutton, JJ.

[No. 48144-8-II. Division Two. August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-02108-9, Kathryn J. Nelson, J., entered October 8, 2015. *Reversed* and *remanded* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Johanson, JJ.

[No. 31701-3-III. Division Three. August 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANTHONY CASTRO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03698-8, Kathleen M. O'Connor, J., entered May 28, 2013. *Remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., dissenting in part.